

NUMBER 13-20-00210-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI – EDINBURG

IN RE MCALLEN HOSPITALS, L.P. D/B/A MCALLEN MEDICAL CENTER, SOUTH TEXAS HEALTH SYSTEM, and MCALLEN MEDICAL CENTER, INC

On Petition for Writ of Mandamus.

## ORDER

### Before Justices Benavides, Perkes, and Tijerina
### Order Per Curiam

Relators McAllen Hospitals, L.P. d/b/a McAllen Medical Center, South Texas Health System, and McAllen Medical Center, Inc. filed a petition for writ of mandamus in the above cause on April 16, 2020. Through this original proceeding, relators seek to compel the trial court to rule on relators' motion to dismiss and motion for summary judgment. The Court requests that the real parties in interest, Juana Laguna and Joanna Gonzalez Acevedo as administrator of the estate of Regino Gonzalez, or any others whose interest would be directly affected by the relief sought, including but not limited to

Ray Fulp, M.D., Ray Fulp Orthopedics, and Robert Fountila, M.D., file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
17th day of April, 2020.